# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
LOCAL 295 IBT EMPLOYER GROUP      :
WELFARE FUND, et al.              :
                                  :
         Plaintiffs,              :   CIVIL ACTION
                                  :
    v.                            :   NO. 17-CV-5570
                                  :
JOHNSON & JOHNSON and JANSSEN     :
BIOTECH, INC.,                    :
                                  :
         Defendants.              :
```

## ORDER

AND NOW, this  28th  day of March, 2018, upon the Court issuing notice to the parties that the above-referenced case is subject to consolidation, and after hearing no objection from the parties, it is hereby ORDERED that this case is consolidated into <u>In re Remicade (Indirect Purchaser) Antitrust Litigation</u>, 17-cv-04326.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,    J.