# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOCAL 295 IBT EMPLOYER GROUP WELFARE FUND,**<br><br>v.<br><br>**JOHNSON & JOHNSON, et al.,** | **CIVIL ACTION**<br><br>**NO. 17-5570-KSM** |

## ORDER

**AND NOW**, this 3rd day of April, 2023, this case having been consolidated into the *In re Remicade (Indirect Purchaser) Antitrust Litigation* (17cv4326) (*see* Doc. No. 3), and the Court having finally approved the settlement in the lead case and having closed the lead case (see Civil Action 17cv4326, Doc. Nos. 226, 227), the Clerk of the Court is **DIRECTED** to mark this case as **CLOSED** as well.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.